**Order entered July 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01655-CV

**ROBERT COLE, Appellant**

**V.**

**GWENDOLYN PARKER, INC., CRF, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00513-D**

## ORDER

We **VACATE** our April 18, 2014 order submitting the appeal without the reporter's record and directing appellant to file his brief. We **GRANT** the court reporter's July 7, 2014 and appellant's July 10, 2014 motions to extend time to file the record and **ORDER** the reporter's record be filed no later than August 1, 2014. We further **ORDER** appellant to file his brief within thirty days of the filing of the reporter's record.

/s/    ELIZABETH LANG-MIERS
       JUSTICE